**Donna Marie O'NEILL, Respondent,**

v.

**Daniel B. O'NEILL, Appellant.**

**No. WD 48874.**

Missouri Court of Appeals,
Western District.

Aug. 23, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1994.

Patrick W. Campbell, Kansas City, for appellant.

Donna Marie O'Neill, respondent, acting pro se.

Before ELLIS, P.J., and BERREY and SMART, JJ.

***ORDER***

PER CURIAM:

Appeal from order finding Appellant in arrears for non-payment of child support and requiring Appellant to continue child support payments.

Judgment affirmed. Rule 84.16(b).